IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ANDRES GREEN,** : | | |
| Petitioner, : | **MISCELLANEOUS CASE** | |
| : | | |
| v. : | | |
| : | | |
| **UNITED STATES OF AMERICA,** : | **NO. 11-mc-0265** | |
| Respondent. : | | |
| : | | |

## ORDER

**AND NOW**, this 28th day of September 2012, upon consideration of the Motion of the United States to Dismiss the Petition to Quash, and the response thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED**. The Petition is **DISMISSED** for lack of subject matter jurisdiction. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**